# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

CHRISTOPHER KOMONDY (Substituted Plaintiff)

v.   CIVIL NO.   3:12 CV 250 (CSH)

MARIO GIOCO, JUDITH BROWN AND
ZONING BOARD OF APPEALS, TOWN OF
CHESTER

## **JUDGMENT**

This matter came on for consideration of the defendants' motion for summary judgment before the Honorable Charles S. Haight, Jr., Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on May 25, 2017, entered an order granting defendants motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 26th day of May, 2017.

ROBIN D. TABORA, CLERK
By

/s/ Patricia A. Villano

Patricia A. Villano
Deputy Clerk

EOD: 5/26/2017